IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
**DORETHA SHANTAE MCCLAIN** ) CASE NO. **1:14-bk-03939**
919 WOLDRIDGE DRIVE ) CHAPTER 13
Columbia, TN 38401 ) JUDGE: MARIAN F. HARRISON
SSN: xxx-xx-7567 )
    Debtor. )

## AGREED ORDER AMENDING CONFIRMATION ORDER

BY AGREEMENT OF THE DEBTOR AND CHAPTER 13 TRUSTEE, evidenced by signatures entered below respectively, it is hereby agreed that:

1. The debtor has obtained insurance through Priority Insurance Agency on a 2010 Kia Forte, VIN#KNAFU4A24A5811890, effective June 17, 2014.

2. The claim of Priority Insurance should be treated as an administrative expense, to be paid at $104.77 monthly, effective June 17, 2014.

3. The Debtor's plan payments will increase to $297.50 bi-weekly, and the base will increase to $38,162.00.

4. No other creditors will be affected.

5. No other terms of the original confirmation order shall be affected.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY.AS INDICA TED A T THE TOP OF THE FIRST PA GE.*

APPROVED FOR ENTRY:
*/s/___James A. Flexer_____*
James Alan Flexer
Law Offices of James Flexer
176 2nd Ave. North, Suite 501
Nashville, TN  37201
615 255-2893
Fax:  615 242-8849
cm-ecf@jamesflexerconsumerlaw.com

/s/Henry E. Hildebrand, III
HENRY E. HILDEBRAND. III
CHAPTER 13 TRUSTEE
PO Box 340019
Nashville, TN 37203-0019
(615)244-1101 (telephone)
(615)242-3241 (facsimile)
pleadings@ch13nsh.com

Digitally signed by /s/Henry E. Hildebrand, III
DN: cn=/s/Henry E. Hildebrand, III, o=Chapter 13 Trustee, ou=Office of the Chapter 13 Trustee, email=pleadings@ch13nsh.com, c=US
Date: 2014.07.09 12:34:23 -05'00'