IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | |
| } | Case No. 1:14-bk-03939 |
| DORETHA SHANTAE MCCLAIN } | |
| } | Chapter 13 |
| SSN: xxx-xx-7567 } | |
| } | |
| Debtor(s) } | |

## NOTICE OF NEW MAILING ADDRESS FOR DEBTOR

COMES NOW the Debtor, and would give notice of a new mailing address as follows:

DORETHA SHANTAE MCCLAIN
602 EAST 7TH STREET
Columbia, TN 38401

Respectfully submitted,

/s/ James A. Flexer
JAMES A. FLEXER, BPR #9447
Attorney for Debtor
176 2nd Avenue North Suite 501
Nashville, TN 37201
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, I furnished a true and correct copy of the foregoing to the following parties in interest:

Henry E. Hildebrand, III                    Electronic
Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203

Sam Crocker, U.S. Trustee                   Electronic
318 Customs House, 701 Broadway
Nashville, TN 37203

And to the above listed debtor. I have sent out 3 notices.
/s/ James A. Flexer
James A Flexer