/s/ Randal S. Mashburn
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 10/6/2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

GRD

IN RE:  
DORETHA SHANTAE MCCLAIN  
602 EAST 7TH STREET  
COLUMBIA, TN  38401  

CASE NO. 14-03939-RM1-13  
10/03/2014

SSN XXX-XX-7567

## ORDER TO PAY TRUSTEE

The referenced debtor has filed a petition for relief under Chapter 13 of the Bankruptcy Code and has submitted all future income to the jurisdiction of the court in accordance with the Bankruptcy Rules.

IT IS ORDERED that until further order of this court, the entity from whom the debtor receives income:

DARDEN GARNISHMENT DEPARTMENT  
ATTN PAYROLL  
PO BOX 695018  
ORLANDO, FL  32869

shall deduct **$148.75 WEEKLY** beginning on the next pay period following receipt of this order and deduct same amount each pay period thereafter including any period for which the debtor receives a periodic lump sum payment as a result of vacation, termination, longevity pay, merit bonuses or other benefits arising from present or past employment of the debtor and to remit the deductible amount, at least monthly, to:

CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE:  615-244-1101  
FAX:  615-242-3241  
pleadings@ch13nsh.com

IT IS FURTHER ORDERED that the entity from whom the debtor receives income shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all income of the debtor (including monthly commission checks unless specifically ordered otherwise by this Court) except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid in accordance with usual payment procedures.

IT IS FURTHER ORDERED that no deductions for account of any garnishment, wage assignment, child support, alimony payment, credit union, or other purpose not specifically authorized by this Court shall be made from the income of said debtor.

IT IS FURTHER ORDERED that this order supersedes all previous orders received by the above-referenced entity from whom the debtor receives income in this case.  Failure to comply with the provisions of this order may result in a motion to show cause why said entity should not be found in contempt.

cc: DORETHA SHANTAE MCCLAIN
    JAMES FLEXER
    HENRY E. HILDEBRAND, III
    DARDEN GARNISHMENT DEPARTMENT

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP
OF THE FIRST PAGE.

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.