*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 6/5/2015



KM

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DORETHA SHANTAE MCCLAIN | CASE NO. 14-03939-RM1-13 |
| 602 EAST 7TH STREET | RANDAL S MASHBURN |
| COLUMBIA, TN  38401 | |
| SSN XXX-XX-7567 | 06/04/2015 |

## ORDER STOPPING
## PAYROLL DEDUCTION OR DIRECT PAY ORDER

An order to pay trustee was previously issued in the above referenced case to the entity from whom the debtor receives income. The Chapter 13 case for the above named debtor has been dismissed or converted by this Court, therefore,

IT IS ORDERED that no direct payments or deductions be made from payments due to the debtor, **DORETHA SHANTAE MCCLAIN,** by the entity from whom the debtor receives income except upon further order of this court.

xc:

**DORETHA SHANTAE MCCLAIN**
JAMES FLEXER
Henry E. Hildebrand
DORETHA SHANTAE MCCLAIN
602 EAST 7TH STREET
COLUMBIA, TN  38401

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.